THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BERGMAN, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted May 15, 1944; decided June 14, 1944.

*Nathaniel L. Goldstein, Attorney-General (John W. Barnell, Orrin G. Judd and Patrick H. Clune of counsel), for motion.*
No one opposed.

Motion denied.